# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ERIC GLENN WOOD,**

      **Plaintiff,**

v.                                       Case No:   6:16-cv-2248-Orl-22DCI

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## ORDER

This cause is before the Court on Plaintiff's Uncontested Motion to Dismiss (Doc. No. 19) filed on June 16, 2017.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed June 16, 2017 (Doc. No. 20), is ADOPTED and CONFIRMED and made a part of this Order.

2.     The Plaintiff's Uncontested Motion to Dismiss is hereby GRANTED.

3.     This case is DISMISSED WITH PREJUDICE.

4.     The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Orlando, Florida on July 10, 2017.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record